IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| LARRY GREEN and EDRIS GREEN, | § § § | Case No. 12-38016<br>Chapter 13 |
| Debtors. | § | |
| LARRY GREEN and EDRIS GREEN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Adv. No. 18-03351 |
| OCWEN LOAN SERVICING, LLC, | § § § | |
| Defendant. | § | |

**DEFENDANT'S EMERGENCY MOTION TO CONTINUE
HEARING ON CFPB CONFIDENTIALITY BRIEFING**

TO THE HONORABLE MARVIN ISGUR,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Ocwen Loan Servicing, LLC ("Ocwen") and files this *Emergency Motion to Continue Hearing on CFPB Confidentiality Briefing* (the "Motion"), in support of which Ocwen would respectfully show as follows:

1. On January 30, 2019, Ocwen filed *Ocwen Loan Servicing, LLC's Brief Concerning Disclosure of Consumer Financial Protection Bureau Transcripts* [Dkt. No. 19], and on February 3, 2019, Larry and Edris Green (the "Plaintiffs") filed *Plaintiffs' Brief Regarding Turnover of Transcripts from a CFPB Hearing* [Dkt. No. 21] (collectively, the "Briefing").

2. The Briefing addresses whether the Court may compel Ocwen to produce certain transcripts that constitute confidential information belonging to the Consumer Financial

Protection Bureau (the "CFPB") under title 12, chapter X, part 1070 of the Code of Federal Regulations, labeled "Disclosure of Records and Information." 12 C.F.R. § 1070.1 *et seq.*

3. The Court previously set a hearing to consider the Briefing on February 28, 2019 at 9:00 a.m. (CT) (the "Hearing"). On February 26, 2019, an attorney in the Office of the General Counsel for the CFPB contacted counsel for Ocwen and counsel for the Plaintiffs concerning the Hearing. The CFPB has asked the parties for four weeks to consider the issues raised in the Briefing and determine its position with regard to the Transcripts the subject of the Briefing.

4. Under the circumstances, Ocwen believes that judicial economy would be best served by continuing the Hearing to give the CFPB an opportunity to weigh in and holding a hearing after the four week time period has passed. There is already a status conference set in this adversary proceeding on April 9, 2019 at 4:00 p.m. (CT). This continuance is not sought for the purposes of delay but so that the interests of justice and judicial economy may be served.

WHEREFORE, PREMISES CONSIDERED, Ocwen respectfully requests that the Court enter an order continuing the Hearing to April 9, 2019 at 4:00 p.m. (CT) (or such other time as the Court deems appropriate after the expiration of 28 days from the date of the filing of this Motion) and providing Ocwen such other and further relief to which it may be justly entitled at law or in equity.

RESPECTFULLY SUBMITTED this 26th day of February, 2019.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Deborah M. Perry*

Deborah M. Perry
Texas Bar No. 24002755
Julian P. Vasek
Texas Bar No. 24070790
500 N. Akard St., Ste. 3800
Dallas, TX 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com
E-mail: jvasek@munsch.com

**ATTORNEYS FOR OCWEN LOAN SERVICING, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that she conferred with the Plaintiffs' counsel, Miriam Goott, on February 26, 2019, and Ms. Goott opposes the relief requested in this Motion.

By: /s/ *Deborah M. Perry*
Deborah M. Perry

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon counsel for the Plaintiffs as indicated below on February 26, 2019:

**Via CM/ECF and E-mail Transmission**
Miriam Goott
Walker & Patterson, PC
PO Box 61301
Houston, TX 77208
713-956-5577
Fax : 713-956-5570
Email: mgoott@walkerandpatterson.com

By: /s/ Julian P. Vasek
Julian P. Vasek