# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 12-38016 |
| | § | |
| LARRY GREEN AND EDRIS GREEN, | § | |
| | § | CHAPTER 13 |
| *Debtors*, | § | |
| | § | |
| LARRY GREEN AND EDRIS GREEN, | § | |
| | § | |
| *Plaintiffs*, | § | ADVERSARY NO. 18-03351 |
| | § | |
| v. | § | |
| | § | |
| OCWEN LOAN SERVICING, LLC, et al. | § | |
| | § | |
| *Defendants*. | § | |

## **STIPULATION OF DISMISSAL**

By agreement of the parties, it is hereby:

**ORDERED** that the above-styled adversary proceeding is hereby **DISMISSED WITH PREJUDICE**, and it is further

**ORDERED** that Debtors and their counsel shall immediately return to PHH and/or destroy all CFPB Transcripts, as defined in the parties' settlement agreement, in their possession, custody, or control, and shall not disclose the content of the CFPB Transcripts for any purpose.

DATED: _____.

                                               THE HONORABLE MARVIN ISGUR
                                               UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND SUBSTANCE:


/s/ Miriam Goott
Miriam Goott
SBN 24048846
mgoott@walkerandpatterson.com
Johnie Patterson
SBN 15601700
jjp@walkerandpatterson.com
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
713.956.5577 Phone
713.956-5570 Fax
ATTORNEYS FOR PLAINTIFFS


/s/ Matthew H. Davis
Thomas A. Connop
SBN 04702500
tconnop@lockelord.com
Matthew H. Davis
SBN 24069580
mdavis@lockelord.com
Elizabeth K. Duffy
SBN 24050535
eduffy@lockelord.com
Locke Lord LLP
Suite 2800
2200 Ross Avenue
Dallas, TX 75201-6776
214.740.8000 Phone
214.740.8800 Fax
ATTORNEYS FOR DEFENDANTS